UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

FROYLAN RODRIGUEZ RESENDIZ,

Petitioner,

v.

U.S IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

Case No. 5:26-cv-03800-MCS-DTB

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Superseding Report and Recommendation of the United States Magistrate Judge. No objections to the Superseding Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered: (a) Granting the Petition; (b) ordering Respondent to immediately release Petitioner Froylan Rodriguez Resendiz (A# 221-462-350) from custody; (c) ordering Respondent to return all property confiscated from Petitioner (if any) during his arrest and

processing into detention; and (d) ordering Respondent to file a status report within two (2) business days of the date of this Order to confirm that Petitioner has been released from custody, and that all property confiscated from Petitioner (if any) during his arrest and processing into detention has been returned to him.

Dated: October 14, 2026 ______

MARK C. SCARSI
United States District Judge