**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FROYLAN RODRIGUEZ RESENDIZ,<br><br>Petitioner,<br><br>v.<br><br>U.S IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondent. | Case No. 5:26-cv-03800-MCS-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued requiring Respondent to immediately release Petitioner Froylan Rodriguez Resendiz (A# 221-462-350) from custody.

Respondent is ordered to return all property confiscated from Petitioner (if any) during his arrest and processing into detention.

Respondent is ordered to file a status report within two (2) business days of the date of the Order Accepting Findings, Conclusions and Recommendations of

United States Magistrate Judge to confirm that Petitioner has been released from custody, and that all property confiscated from Petitioner (if any) during his arrest and processing into detention has been returned to him.

Dated: October 14, 2026 _____

MARK C. SCARSI
United States District Judge